# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SUMMONS IN A CIVIL CASE

Sukh Deo Singh

v.

LSG Sky Chefs, Inc.; Walter Gehl, CEO
and Mary Donnelly

CASE NUMBER:

CV 08 1353

PJH

TO: (Name and address of defendant)

LSG Sky Chefs, Inc.
50 Adrian Court
Burlingame, CA 94010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles J. Katz, Esq. (SBN68459)
Law Offices of Charles J. Katz
475 El Camino Real, Suite 300
Millbrae, CA 94030

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 0 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY