1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for defendant
7  SKY CHEFS, INC. erroneously sued as LGS
   SKY CHEFS, INC.
8

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Sukh Deo Singh, | CASE NO.: C08-01353 PJH |
|---|---|
| Plaintiff, | **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | (Local Rule 6-1(a)) |
| LSG Sky Chefs, Inc.; Walter Gehl, CEO and Mary Donnelly, | |
| Defendants. | ACTION FILED: February 26, 2008 |

Pursuant to Local Rule 6-1(a), plaintiff Sukh Deo Singh ("Singh" or "Plaintiff") and defendant Sky Chefs, Inc., erroneously sued herein as LSG Sky Chefs, Inc. ("Sky Chefs") by and through their respective counsel, hereby agree and stipulate as follows:

1. Sky Chefs was served with the Summons and Complaint on or about April 14, 2008. Pursuant to the District Court Local Rule 6-1(a), the parties stipulate that Sky Chefs shall have up, and including, June 6, 2008 to respond to the Complaint filed in this action.

Dated: May __, 2008

LAW OFFICES OF CHARLES J. KATZ

By: _____
CHARLES J. KATZ
Attorneys for Plaintiff
SUKH DEO SINGH

Dated May __, 2008

ADORNO, YOSS, ALVARADO & SMITH
A Professional Corporation
John M. Sorich
S. Christopher Yoo

By: _____
S. CHRISTOPHER YOO
Attorneys for Defendant
SKY CHEFS, INC. erroneously sued as LGS SKY CHEFS, INC.

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On May 22, 2008, I served the foregoing document described as **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 22, 2008, at Santa Ana, California.

*Rhonda K. White*

PROOF OF SERVICE

1054307.1

## SERVICE LIST

**Charles Joshua Katz**
Attorney at Law
475 El Camino Real, Suite 300
Millbrae, CA 94030

Telephone: 650.692.4100
Facsimile:  650.692.2900

Attorney for Plaintiff Sukh Deo Singh

**Elladene Lee Katz**
Attorney at Law
327 North San Mateo Drive, Suite 9
P.O. Box 517
San Mateo, CA 94401

Telephone: 650.348.8078
Facsimile:  650.348.8073

Attorney for Plaintiff Sukh Deo Singh