1 | CHARLES J. KATZ, ESQ. (SBN68459)
475 El Camino Real, Suite 300
2 | Millbrae, CA  94030
Telephone:  (650) 692-4100
3 | Facsimile:   (650) 692-2900

4

Attorney for Plaintiff
5 | SUKH DEO SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUKH DEO SINGH                                    )    Case No. C08-01353 PJH
                                                  )
                                                  )    **[PROPOSED] ORDER CONTINUING**
        Plaintiff,                                )    **CASE MANAGEMENT CONFERENCE**
                                                  )
v.                                                )    Date:   June 19, 2008
                                                  )    Time: 2:30 pm
                                                  )    Courtroom: 3, 17th Floor
LSG SKY CHEFS, INC.;                              )
WALTER GEHL, CEO and                              )
MARY DONNELLY                                     )
                                                  )
                                                  )
        Defendants                                )
                                                  )
_____)

        The Court having read and considered Plaintiff's Request for Continuance of Case

Management Conference, and good cause appearing therefore, the Case Management

Conference currently set for June 19, 2008 at 2:30 p.m. in Courtroom is hereby continued to

_____ at 2:30 p.m. in this court.


Dated:                                                  _____
                                                        JUDGE PHYLLIS J. HAMILTON

1

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE