CHARLES J. KATZ, ESQ. (SBN68459)
475 El Camino Real, Suite 300
Millbrae, CA  94030
Telephone:  (650) 692-4100
Facsimile:   (650) 692-2900

Attorney for Plaintiff
SUKH DEO SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKH DEO SINGH )<br><br>       Plaintiff, )<br><br>v. )<br><br>LSG SKY CHEFS, INC.; )<br>WALTER GEHL, CEO and )<br>MARY DONNELLY )<br><br>       Defendants )<br>_____ ) | Case No. C08-01353 PJH<br><br>**[PROPOSED] ORDER CONTINUING**<br>**CASE MANAGEMENT CONFERENCE**<br><br>Date:   June 19, 2008<br>Time: 2:30 pm<br>Courtroom: 3, 17th Floor |

The Court having read and considered Plaintiff's Request for Continuance of Case

Management Conference, and good cause appearing therefore, the Case Management

Conference currently set for June 19, 2008 at 2:30 p.m. in Courtroom is hereby continued to

___July 31, 2008_____ at 2:30 p.m. in this court.


Dated:  6/16/08

IT IS SO ORDERED

Judge Phyllis J. Hamilton