JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for defendant
SKY CHEFS, INC. erroneously sued as LSG
SKY CHEFS, INC.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sukh Deo Singh,<br><br>      Plaintiff,<br><br>v.<br><br>LSG Sky Chefs, Inc.; Walter Gehl, CEO and Mary Donnelly,<br><br>      Defendants. | CASE NO.: C08-01353 PJH<br><br>ACTION FILED:   February 26, 2008<br><br>**DEFENDANT SKY CHEFS, INC. erroneously sued as LSG SKY CHEFS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** AND ORDER DENYING REQUEST<br>**Case Management Conference**<br>Date: July 31, 2008<br>Time: 2:30 p.m.<br>Ctrm: 3, 17th Floor |

COMES NOW defendant Sky Chefs, Inc. erroneously sued as LSG Sky Chefs, Inc. ("Sky Chefs"), through its undersigned counsel, and seeks leave of Court for its counsel to attend the Initial Case Management Conference before the Honorable Phyllis J. Hamilton, currently set for July 31, 2008 at 2:30 p.m. via telephone, as follows:

    1.    It would be unduly burdensome and costly for Sky Chefs counsel to travel from Santa Ana, California to San Francisco, California for the Case Management Conference.

    2.    The telephonic appearance of Sky Chefs counsel will not prejudice any party and will not hamper the efficient running of the Case Management Conference.

---
1
DEFENDANT SKY CHEFS, INC. ERRONEOUSLY SUED AS LGS SKY CHEFS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE
1058873.1

3. Plaintiff does not object to Sky Chefs request for consent to appear by telephone.

4. Therefore, Sky Chefs respectfully requests leave to allow its counsel to appear at the Case Management Conference via telephone.

Dated July 25, 2008

ADORNO, YOSS, ALVARADO & SMITH
A Professional Corporation
John M. Sorich
S. Christopher Yoo

By:  /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
Attorneys for Defendant
SKY CHEFS, INC. erroneously sued as LSG SKY CHEFS, INC.

7/28/08



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Phyllis J. Hamilton

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On July 25, 2008, I served the foregoing document described as **DEFENDANT SKY CHEFS, INC. erroneously sued as LSG SKY CHEFS, INC.S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 25, 2008, at Santa Ana, California.

Rhonda K. White

PROOF OF SERVICE

1054307.1

# SERVICE LIST

**Charles Joshua Katz**
Attorney at Law
475 El Camino Real, Suite 300
Millbrae, CA 94030

Telephone: 650.692.4100
Facsimile:  650.692.2900

Attorney for Plaintiff Sukh Deo Singh

**Elladene Lee Katz**
Attorney at Law
327 North San Mateo Drive, Suite 9
P.O. Box 517
San Mateo, CA 94401

Telephone: 650.348.8078
Facsimile:  650.348.8073

Attorney for Plaintiff Sukh Deo Singh