CHARLES J. KATZ, ESQ. (SBN68459)
475 El Camino Real, Suite 300
Millbrae, CA  94030
Telephone:  (650) 692-4100
Facsimile:   (650) 692-2900

Attorney for Plaintiff
SUKH DEO SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKH DEO SINGH,<br><br>   Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC.; et al.<br><br>   Defendant | Case No. C08-01353 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br>**[Local Rule 3-16]**<br><br>Action Filed: March 10, 2008 |

Pursuant to Civil Local Rule. 3-16, Plaintiff Sukh Deo Singh certifies that other than the parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

   1.   None.

Dated: July 30, 2008

_____
CHARLES J. KATZ, ESQ., Attorneys for Plaintiff
SUKH DEO SINGH

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States and employed in San Mateo County, California; I am over the age of eighteen years and not a party to the within action. My business address is 475 El Camino Real, Suite 300, Millbrae, CA 94030. Today, I served:

**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**
**[Local Rule 3-16]**

**X** by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Millbrae, California, addressed as indicated below. (I am readily familiar with this business' practice of collecting and processing correspondence for mailing mail. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business).

__ by FACSIMILE as follows: I caused the said document to be transmitted by Facsimile machine to the addressee(s) at their fax numbers indicated below. The Facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission.

__ by PERSONAL SERVICE as follows: I caused each such envelope to be delivered by hand to the addressee(s) identified below:

**S. Christopher Yoo, Esq.**
ADORNO YOSS ALVARADO & SMITH
1 MacArthur Place, Suite 200
Santa Ana, CA 92707

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

Date: July 30, 2008

EILEEN C. SANDOVAL