JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for defendant
SKY CHEFS, INC. erroneously sued as LSG
SKY CHEFS, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sukh Deo Singh,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LSG Sky Chefs, Inc.; Walter Gehl, CEO and Mary Donnelly,<br><br>　　　　Defendants. | CASE NO.: C08-01353 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Local Rule 3-16]<br><br>Action Filed: March 10, 2008 |

///
///
///
///
///

1
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES        C08-01353 PJH

1059191.2

Pursuant to Civil Local Rule. 3-16, defendant Sky Chefs, Inc. erroneously sued as LSG Sky Chefs, Inc. ("Sky Chefs"), certifies that other than the parties to this action, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Sky Chefs is a 100% owned subsidiary of SC International Services, Inc which is a 100% owned subsidiary of LSG Sky Chefs USA, Inc, which is a 100% subsidiary of LSG Lufthansa Service Holding AG, which is a 100% subsidiary of Deutsche Lufthansa AG.

Dated July 30, 2008

ADORNO, YOSS, ALVARADO & SMITH
A Professional Corporation
John M. Sorich
S. Christopher Yoo


By: /s/ S. Christopher Yoo
S. CHRISTOPHER YOO
Attorneys for Defendant
SKY CHEFS, INC. erroneously sued as LSG SKY CHEFS, INC.

2
CERTIFICATION OF INTERESTED ENTITIES OR PARTIES      C08-01353 PJH

1059191.2

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On July 30, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** on the interested parties in this action.

☒  by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐  **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐  **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐  **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒  (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on July 30, 2008, at Santa Ana, California.

/s/ Veronica Delgado
_____
Veronica Delgado

PROOF OF SERVICE

1059274.1

**SERVICE LIST**
**Sukh Deo Singh v. LSG Sky Chefts, Inc., et al.**
**USDC Northern District Case No. C08-01353 PJH**

| | |
|---|---|
| Charles Joshua Katz<br>Attorney at Law<br>475 El Camino Real, Suite 300<br>Millbrae, CA 94030 | Telephone: 650.692.4100<br>Facsimile:  650.692.2900<br><br>Attorney for Plaintiff Sukh Deo Singh |
| Elladene Lee Katz<br>Attorney at Law<br>327 North San Mateo Drive, Suite 9<br>P.O. Box 517<br>San Mateo, CA 94401 | Telephone: 650.348.8078<br>Facsimile:  650.348.8073<br><br>Attorney for Plaintiff Sukh Deo Singh |

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE

1059274.1