UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

Date: July 31, 2008                    JUDGE:  Phyllis J. Hamilton

Case No:  C-08-1353  PJH

Case Name: Sukh Deo Singh v. LSG Sky Chefs

Attorney(s) for Plaintiff:	Charles Katz
Attorney(s) for Defendant:	John M. Sorich

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Not Reported

PROCEEDINGS

     Initial Case Management Conference-Held.  The court informs the parties that they will need to reconsider consenting to a magistrate judge for all purposes.  Each side shall meet and confer with client and inform the court in writing within one week if they will or will not consent.  The parties request to complete a settlement conference before filing any motions is granted by the court.  If the case does not settle then the parties shall meet and confer and submit a stipulated briefing schedule to the court for summary judgment motions.

**REFERRALS:**

**[x] Case referred to (direct) Magistrate Judge Zimmerman for SETTLEMENT CONFERENCE to take place within 90 days**, or as soon thereafter as is convenient for the judge.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc: file; BZ; Wings**