UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUKH DEO SINGH

        Plaintiff(s),

v.

SKY CHEFS INC

        Defendant(s).
_____/

No. C 08-01353 PJH

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 7, 2008

_____
Signature

Counsel for Defendant Sky Chefs, Inc.
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On August 7, 2008, I served the foregoing document described as **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 7, 2008, at Santa Ana, California.

*Rhonda K. White*

PROOF OF SERVICE

1059274.1

**SERVICE LIST**
**Sukh Deo Singh v. LSG Sky Chefts, Inc., et al.**
**USDC Northern District Case No. C08-01353 PJH**

Charles Joshua Katz
Attorney at Law
475 El Camino Real, Suite 300
Millbrae, CA 94030

Telephone: 650.692.4100
Facsimile:  650.692.2900

Attorney for Plaintiff Sukh Deo Singh

Elladene Lee Katz
Attorney at Law
327 North San Mateo Drive, Suite 9
P.O. Box 517
San Mateo, CA 94401

Telephone: 650.348.8078
Facsimile:  650.348.8073

Attorney for Plaintiff Sukh Deo Singh