1  CHARLES J. KATZ, ESQ. (SBN68459)
   475 El Camino Real, Suite 300
2  Millbrae, CA  94030
   Telephone:  (650) 692-4100
3  Facsimile:   (650) 692-2900

4
   Attorney for Plaintiff
5  SUKH DEO SINGH

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  SUKH DEO SINGH                    )    Case No. C08-01353 PJH
                                     )
10      Plaintiff,                   )    **CONSENT TO PROCEED BEFORE A**
                                     )    **UNITED STATES MAGISTRATE JUDGE**
11      v.                           )
                                     )
12 SKY CHEFS, INC., et al.           )
                                     )
13      Defendants                   )
                                     )
14 _____ )

15

16      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

17      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

18 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

19 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

20 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth

21 Circuit.

22

23 DATED: August ___, 2008

24                                        CHARLES J. KATZ, ESQ., Attorneys for Plaintiff
                                          SUKH DEO SINGH
25

26

27

28
                                            1

PROOF OF SERVICE

1

2    I declare that:

3    I am a citizen of the United States and employed in San Mateo County, California; I am over the age of eighteen years and not a party to the within action. My business address is 475 El Camino
4    Real, Suite 300, Millbrae, CA 94030. Today, I served:

5    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

6    **X** by causing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, to be placed in the United States Post Office mail box at Millbrae, California, addressed
7    as indicated below. (I am readily familiar with this business' practice of collecting and processing correspondence for mailing mail. It is deposited with the U.S. Postal Service on the
8    same day in the ordinary course of business).

9    __ by FACSIMILE as follows:    I caused the said document to be transmitted by Facsimile machine to the addressee(s) at their fax numbers indicated below. The Facsimile machine I used
10   complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission.
11   __ by PERSONAL SERVICE as follows: I caused each such envelope to be delivered by hand to the addressee(s) identified below:
12

13   S. Christopher Yoo, Esq.
     ADORNO YOSS ALVARADO & SMITH
     1 MacArthur Place, Suite 200
14   Santa Ana, CA 92707

15   I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.
16

17   Dated: August 8, 2008                                   _____
                                                              EILEEN C. SANDOVAL
18

19

20

21

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE