UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUKH DEO SINGH,

        Plaintiff(s),                         No. C 08-1353 PJH

    v.                                **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR ALL PURPOSES**

SKY CHEFS INC.,

        Defendant(s).
_____/

    Pursuant to Local Rule 72-1 and the consent of the parties, this matter is referred for random assignment of a Magistrate Judge for all purposes including trial and entry of judgment. Assignment will be made to any Magistrate Judge other than Judge Zimmerman to whom this matter has been referred for early settlement conference.

    The parties will be advised of the date, time and place of the next appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: August 8, 2008

                                                            PHYLLIS J. HAMILTON
                                                            United States District Judge

cc: Wings, Assigned M/J