**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————

www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              415.522.2000

**August 11, 2008**

**CASE NUMBER:  CV 08-01353 PJH**
**CASE TITLE:  SUKH DEO SING-v-LSG SKY CHEFS INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Elizabeth D. Laporte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EDL** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/11/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                           Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                        Entered in Computer 8/11/08 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA