UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUKH DEO SING

      Plaintiff,

  v.

SKY CHEFS, INC.,

      Defendant.
_____/

No. C 08-01353 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Elizabeth D. Laporte, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L. R. 16-10, that a Case Management Conference shall be held in this case on **September 2, 2008** at 3:00 p.m. in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. Any updates to the parties Joint Case Management Statement of July 24, 2008 shall be filed no later than August 26, 2008.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a chambers copy.

Dated: August 21, 2008

                                                        _____
                                                        ELIZABETH D. LAPORTE
                                                        United States Magistrate Judge