1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel:  (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for defendant
7  SKY CHEFS, INC.

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  Sukh Deo Singh,                        CASE NO.: C08-01353 EDL

12              Plaintiff,                  ACTION FILED:      February 26, 2008

13  v.                                     DEFENDANT SKY CHEFS, INC.'S
                                           MOTION FOR LEAVE TO APPEAR AT
14  Sky Chefs, Inc                         CASE MANAGEMENT CONFERENCE
                                           VIA TELEPHONE
15              Defendants.
                                           Case Management Conference
16                                         Date: September 2, 2008
                                           Time: 3:00 p.m.
17                                         Ctrm: E, 15th Floor

18

19

20          COMES NOW defendant Sky Chefs, Inc. ("Sky Chefs"), through its undersigned counsel,

21  and seeks leave of Court for its counsel to attend the Case Management Conference before the

22  Honorable Elizabeth D. Laporte, currently set for September 2, 2008 at 3:00 p.m. via telephone, as

23  follows:

24          1.      It would be unduly burdensome and costly for Sky Chefs counsel to travel from Santa

25  Ana, California to San Francisco, California for the Case Management Conference.

26          2.      The telephonic appearance of Sky Chefs counsel will not prejudice any party and will

27  not hamper the efficient running of the Case Management Conference.

28          3.      Plaintiff does not object to Sky Chefs request for consent to appear by telephone.

1

DEFENDANT SKY CHEFS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT
CONFERENCE VIA TELEPHONE

1060560.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1        4.    Therefore, Sky Chefs respectfully requests leave to allow its counsel to appear at the

2    Case Management Conference via telephone.

3

4    Dated August 21, 2008                     ADORNO, YOSS, ALVARADO & SMITH
                                      A Professional Corporation

5                                          John M. Sorich
                                      S. Christopher Yoo

6

7                                        By:   /s/ S. Christopher Yoo

8                                                S. CHRISTOPHER YOO
                                          Attorneys for Defendant
                                          SKY CHEFS, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

2

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On August 21, 2008, I served the foregoing document described as **DEFENDANT SKY CHEFS, INC.'S MOTION FOR LEAVE TO APPEAR AT CASE MANAGEMENT CONFERENCE VIA TELEPHONE** on the interested parties in this action.

☒    by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐    **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐    **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐    **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐    (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on August 21, 2008, at Santa Ana, California.

Rhonda K. White

---

PROOF OF SERVICE

1054307.1

**SERVICE LIST**

**Charles Joshua Katz**
Attorney at Law
475 El Camino Real, Suite 300
Millbrae, CA 94030

Telephone: 650.692.4100
Facsimile:  650.692.2900

Attorney for Plaintiff Sukh Deo Singh

**Elladene Lee Katz**
Attorney at Law
327 North San Mateo Drive, Suite 9
P.O. Box 517
San Mateo, CA 94401

Telephone: 650.348.8078
Facsimile:  650.348.8073

Attorney for Plaintiff Sukh Deo Singh

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

PROOF OF SERVICE

1054307.1