UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKH DEO SINGH,<br><br>            Plaintiff(s),<br><br>     v.<br><br>LSG SKY CHEFS,<br><br>            Defendant(s). | No. C08-1353 PJH (BZ)<br><br>**CLERK'S NOTICE VACATING<br>SETTLEMENT CONFERENCE** |

You are hereby notified that the settlement conference presently scheduled for Wednesday, September 24, 2008, at 9:00 a.m. before Magistrate Judge Bernard Zimmerman is **VACATED.**

Dated: September 3, 2008

*Rose Maher*
_____
Rose Maher – Deputy Clerk to
Magistrate Judge Bernard Zimmerman

1