# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date:   September 2, 2008

Case No:  **C-08-01353 EDL**

Case Name:  **SUKH DEO SING v. LSG SKY CHEFS INC.**

    Attorneys:   Pltf: Charles Katz    Deft: Christopher Yoo (phone)

    Deputy Clerk:  Lili M. Harrell      FTR Digital Recorder: 3:11pm - 3:22pm
                                                          (Time: 11 min )

**PROCEEDINGS:**
    Case Management Conference - Held

**ORDERED AFTER HEARING:**
    Parties request for settlement conference to take place mid-November.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**    12/2/2008 at 10:00am for further case management conference.

Notes:

cc: