IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKH DEO SING, | No. C-08-01353 EDL |
| Plaintiff, | **ORDER REFERRING CASE FOR SETTLEMENT** |
| v. | |
| LSG SKY CHEFS INC., | |
| Defendant. | |

This matter is referred to Magistrate Judge James Larson to conduct a settlement conference by November 26, 2008. The parties will be advised of the date, time and place of appearance by notice from Magistrate Judge Larson.

**IT IS SO ORDERED.**

Dated: September 3, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge